UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOE HAND PROMOTIONS, INC., | ) |
| | ) Case No. 3:20-cv-382 |
| *Plaintiff*, | ) |
| | ) Judge Travis R. McDonough |
| v. | ) |
| | ) Magistrate Judge Jill E. McCook |
| JAMES H. GRIFFITH, JR., d/b/a CJ's | ) |
| SPORTS BAR, and LISA LESLEY, | ) |
| | ) |
| *Defendant*. | |

**ORDER**

On June 21, 2021, United States Magistrate Judge Jill E. McCook filed her Report and Recommendation (Doc. 66) pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b). Magistrate Judge McCook recommended that Defendants' motion for attorney's fees and costs be denied.

The parties have filed no objections to the Magistrate Judge's Report and Recommendation.[1] Nevertheless, the Court has conducted a reviewed the Report and Recommendation, as well as the record, and it agrees with Magistrate McCook's well-reasoned conclusions.

Accordingly:

---

[1] Magistrate Judge McCook specifically advised the parties that they had 14 days in which to object to the Report and Recommendation and that failure to do so would waive his right to appeal. (Doc. 66); *see* Fed. R. Civ. P. 72(b)(2); *see also Thomas v. Arn*, 474 U.S. 140, 148-51 (1985) (noting that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings"). Even taking into account the three additional days for service provided by Fed. R. Civ. P. 6(d), the period in which Plaintiff could timely file any objections has now expired.

- The Court **ACCEPTS AND ADOPTS** Magistrate Judge McCook's report and recommendation (Doc. 66).
- Defendants' motion for attorney's fees and costs (Doc. 56) is **DENIED**.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**