| | | |
|---|---|---|
| Joe Hand Promotions, Inc. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 3:20-cv-382-TRM-DCP |
| v. | ) | |
| | ) | |
| James H. Griffith, Jr. and Lisa Lesley, | ) | |
| | ) | |
| Defendants. | ) | |

## OFFER OF JUDGMENT

Defendants, James H. Griffith, Jr. and Lisa Lesley, through counsel, presents the following offer for judgment pursuant to Federal Rule of Civil Procedure 68. Defendants offer to allow judgment for the Plaintiff, Joe Hand Promotions, Inc., and against James H. Griffith, Jr. and Lisa Lesley, jointly and severally, in the amount of $5,603 inclusive of recoverable costs and attorney's fees accrued.

James H. Griffith, Jr. and Lisa Lesley, by,

/s/ John T.D. Bathke
John T.D. Bathke
Phillips & Bathke, P.C.
53 West Jackson Boulevard, Suite 805
Chicago, Illinois 60604

1

Tel: (312) 260-9160
Email: jtdb@pb-iplaw.com
*One of the Attorneys for Defendants*

## Certificate of Service

Undersigned certifies and states that on October 5, 2023, he served a copy by email of this Offer for Judgment on Plaintiff through its counsel or record, namely:

Brian Yoakum, Esq.
Evans Petree PC
1715 Aaron Brenner Drive
Suite 800
Memphis, Tennessee 38120
byoakum@evanspetree.com

/s/ John T.D. Bathke
John T.D. Bathke