**Subject:** Joe Hand Promotions v. Griffith, et al. - Acceptance of Rule 68

**Date:** Friday, October 13, 2023 at 4:24:50 PM Central Daylight Time

**From:** Andrew Shorten

**To:** Jonathan Phillips, John Bathke

**CC:** Brian L. Yoakum

Dear counsel:

My name is Andrew Shorten and I am the associate attorney assisting Brian Yoakum on this matter. This correspondence pertains to the Rule 68 Offer of Judgment submitted by your clients in the above-referenced matter. Please be advised that Joe Hand Promotions, Inc. accepts the Defendants' Offer of Judgment served on October 5, 2023. Please file the Offer of Judgment and this acceptance with the Court in accordance with Rule 68.

Should you have any questions regarding the matter, please do not hesitate to contact my office.

Sincerely,
Andrew